APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carolyn Sampson, Plaintiff | : | CIVIL ACTION |
| v. | : | |
| Hagens Berman Sobol Shapiro LLP et | : | NO.  2:20-cv-02232-PD |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Nicholas S. Boebel</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-02232-PD

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _Nicholas S. Boebel_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _Credit card_, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Minnesota | 10/27/2000 | 030217X |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Washington | 02/24/2015 | 48804 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Federal Circuit | 10/14/2005 | N/A |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Dist. Minnesota | 01/05/2001 | 030217X |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D. Wisconsin | 06/24/2010 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Carolyn Sampson

_(Applicant's Signature)_

~~05/16/2020~~   05/15/2020  NB.
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Hansen Reynolds LLC

225 S. Sixth Street, Ste. 3900, Minneapolis, MN 55402

(612) 286-0208

Sworn and subscribed before me this

15 Day of May, ~~200~~ 2020

_Notary Public_

[Notary seal: HUNTER BROWN, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 02-09-22, 199303]

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Nicholas S. Boebel____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Matthew Weisberg | [signature] | 10/19/2000 | 85570 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Weisberg Law

7 S. Morton Ave.,

Morton, PA 19070

Sworn and subscribed before me this

18th Day of May, 2020

[signature] Heather C. McFeeley
Notary Public

Commonwealth of Pennsylvania – Notary Seal
HEATHER CHRISTINE MCFEELEY – Notary Public
Delaware County
My Commission Expires Jan 21, 2022
Commission Number 1252559

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carolyn Sampson, Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Hagens Berman Sobol Shapiro LLP et | : | NO.  2:20-cv-02232-PD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Nicholas S. Boebel

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was

Served via ECF upon all counsel of record + served via regular mail upon all unrepresented parties.

_____
Signature of Attorney

Matthew B. Weisberg, Esq.
Name of Attorney

Nicholas S. Boebel, Esq.
Name of Moving Party

5/18/2020
Date