**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAROLYN SAMPSON,** :<br>    Plaintiff, :<br> :<br>    v. :<br> :<br>**HAGENS BERMAN SOBOL SHAPIRO, LLP** :<br>**et al.,** :<br>    Defendants. : | Civ. No. 20-2232 |

## O R D E R

**AND NOW**, this 17th day of September, 2020, it having been reported that the issues between the Plaintiff and Defendants in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. It is further **ORDERED** that Judge Timothy R. Rice shall retain jurisdiction to enforce the settlement agreement.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
───────────────
Paul S. Diamond, J.