IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENDA JOHNSON, et al.** | : | |
| | : | |
| v. | : | **Civ. No. 11-5782** |
| | : | **and all related cases** |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION, et al.** | : | |

# O R D E R

**AND NOW**, this 13th day of October, 2023, it is hereby **ORDERED** that all interested parties who wish to object to the Report and Recommendation of the Special Discovery Master (Doc. No. 767), must do so **no later than** November 13, 2023 at 5:00 p.m. This Order constitutes notice to show cause under Rule 11(c). Fed. R. Civ. P. 11(c)(3); (c)(5).

Hagens Berman **SHALL** ensure that every Plaintiff and former Plaintiff in this matter promptly receives a copy of this Order and the Report and Recommendation.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*

Paul S. Diamond, J.